UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE STERLING LACY, | No. 2:14-cv-2770 AC P |
| Plaintiff, | |
| v. | ORDER |
| FRED FOULK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, requests appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in Section 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the district court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

The test for exceptional circumstances requires the court to evaluate the plaintiff's likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Circumstances common to most prisoners, such as lack of legal education and limited law library access, do not

1 | establish exceptional circumstances supporting a request for voluntary assistance of counsel.

2 |     In the present case, plaintiff has completed a form request for appointment of counsel that contains no factors unique to this case.  Thus, plaintiff has failed to meet his burden of demonstrating exceptional circumstances warranting the appointment of counsel at this time.  See Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009) (plaintiff bears the burden of demonstrating exceptional circumstances warranting appointment of counsel).  Moreover, plaintiff's request is premature, as he is required by separate order to submit a new application to proceed in forma pauperis before the court may proceed to screen the merits of plaintiff's complaint pursuant to 28 U.S.C. § 1915A.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel, ECF No. 3, is denied without prejudice.

DATED: January 14, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE