UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE STERLING LACY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRED FOULK, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2770 AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district, and hence has not included a copy of his prison trust account statement. Accordingly, plaintiff's application will be denied without prejudice, and he will be provided the opportunity to submit his application on the appropriate form and with the appropriate supporting documentation. Plaintiff is cautioned that he must provide a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's application to proceed in forma pauperis, ECF No. 2, is denied without prejudice;

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall, within thirty days from the filing date of this order, submit a completed application to proceed in forma pauperis, together with a certified copy of his prison trust account statement.

4. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 14, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE