UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE STERLING LACY, | No. 2:14-cv-2770 AC P |
| Plaintiff, | |
| v. | ORDER |
| FRED FOULK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed June 8, 2016, this court directed plaintiff to complete and return to the court, within thirty days, the documents and information necessary for the United States Marshal to serve process on defendant Young. See ECF No. 24. Specifically, plaintiff was directed to submit the following: the completed Notice of Submission of Documents; one completed summons for defendant Young; one completed USM-285 form for defendant Young; and two copies of the endorsed complaint plus exhibits filed November 25, 2014. The court provided plaintiff with one copy of his complaint plus exhibits (totaling 205 pages), so that plaintiff could duplicate the entire document and return two copies to the court. Plaintiff was informed that "[f]ailure to return the above-described documents within the specified time period will result in a recommendation that this action be dismissed without prejudice." ECF No. 24 at 2.

1  On July 5, 2016, plaintiff submitted the required information *however* he did not submit two full copies of his complaint. Plaintiff submitted only pages 1-4 of the complaint (ECF 1), and pages 105-106 of his exhibits (ECF 1-1).

Plaintiff will be given one additional opportunity to submit to the court two full copies of his complaint plus exhibits, which the court will then provide to the United States Marshal to serve process on defendant Young. If plaintiff fails to return two full copies of the complaint and exhibits within the specified time period, this action will be dismissed without prejudice.[1]

Accordingly, IT IS HEREBY ORDERED that, within thirty (30) days after service of this order, plaintiff shall submit to the court two (2) complete copies of his endorsed November 25, 2014 complaint plus exhibits.

SO ORDERED.

DATED: July 13, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has consented to the jurisdiction of the undersigned United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), and Local Rule 305(a). See ECF No. 5.