UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE STERLING LACY, | No. 2:14-cv-2770 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| FRED FOULK, et al., | |
| Defendants. | |

Plaintiff has submitted two motions which were filed in both the instant case, which was closed on April 20, 2017, and in Lacy v. Taylor, Case No. 2:16-cv-01859 CKD P, which remains pending. The submitted motions are pertinent only to the latter case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions filed April 28, 2017 (ECF Nos. 40 & 41) are denied without prejudice in the instant case, but should remain pending in Lacy v. Taylor, Case No. 2:16-cv-01859 CKD P.

2. Plaintiff is informed that he should file no further documents in the instant case; any documents filed by plaintiff after the closing date will be disregarded and no orders will issue in response thereto.

DATED: May 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE